1  Linda J. Thayer, Esq. (SBN 195,115)
   linda.thayer@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, California  94304-1203
   Telephone:     (650) 849-6600
5  Facsimile:     (650) 849-6666

6  Barbara C. McCurdy, Esq. (*Admitted ProHac Vice*)
   barbara.mccurdy@finnegan.com
7  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
8  901 New York Avenue, N.W.
   Washington, D.C. 20001
9  Telephone:     (202) 408-4000
   Facsimile:     (202) 408-4400
10

11 Attorneys for Defendant
   INTERTRUST TECHNOLOGIES CORPORATION
12

13                   UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                           SAN JOSE DIVISION

16 MACROVISION CORPORATION,              CASE NO. CV 06-04660 JW

17             Plaintiff,                **STIPULATION [AND PROPOSED**
                                         **ORDER] TO EXTEND TIME TO**
18       v.                              **ANSWER COMPLAINT**

19 INTERTRUST TECHNOLOGIES
   CORPORATION,
20
             Defendant.
21

22
23
24
25
26
27
28

Pursuant to Civil L.R. 6-1(a), Defendant Intertrust Technologies Corporation ("Intertrust") has requested, and Plaintiff Macrovision Corporation ("Macrovision") has agreed, to extend the time for Intertrust to respond to Macrovision's Complaint from August 21, 2006 to August 28, 2006. This extension will not alter the date of any event or any deadline already fixed by Court order.

Accordingly, it is hereby stipulated that Intertrust has until August 28, 2006 to respond to the Complaint.

By her signature below, counsel for Defendant swears under penalty of perjury that counsel for Plaintiff concurred in the filing of this document.

DATED: August 21, 2006        FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

By _____/ s /_____
Linda J. Thayer
Attorneys for Defendant Intertrust Technologies Corporation.

DATED: August 21, 2006        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____/ s /_____
Michael D. Powell
Attorneys for Plaintiff Macrovision Corporation

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: August 22, 2006        _____/s/ James Ware_____
James Ware
United States District Judge