1  Linda J. Thayer, Esq. (SBN 195,115)
   linda.thayer@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, California  94304-1203
   Telephone:    (650) 849-6600
5  Facsimile:    (650) 849-6666

6  Barbara C. McCurdy, Esq. (*Admitted ProHac Vice*)
   barbara.mccurdy@finnegan.com
7  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
8  901 New York Avenue, N.W.
   Washington, D.C. 20001
9  Telephone:    (202) 408-4000
   Facsimile:    (202) 408-4400
10

11 Attorneys for Defendant
   INTERTRUST TECHNOLOGIES CORPORATION
12

13                     UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                             SAN JOSE DIVISION

16 | MACROVISION CORPORATION, | CASE NO. CV 06-04660 JW |
17 |            Plaintiff, | **STIPULATION [AND PROPOSED ORDER] TO EXTEND TIME TO ANSWER COMPLAINT** |
18 |            v. | |
19 | INTERTRUST TECHNOLOGIES CORPORATION, | |
20 | | |
21 |            Defendant. | |

**STIPULATION TO EXTEND TIME TO ANSWER**
CASE NO. 06-04660 JW

1  Pursuant to Civil L.R. 6-1(a), Defendant Intertrust Technologies Corporation ("Intertrust")
2  has requested, and Plaintiff Macrovision Corporation ("Macrovision") has agreed, to extend the time
3  for Intertrust to respond to Macrovision's Complaint from August 21, 2006 to August 28, 2006.
4  This extension will not alter the date of any event or any deadline already fixed by Court order.

5  Accordingly, it is hereby stipulated that Intertrust has until August 28, 2006 to respond to the
6  Complaint.

7  By her signature below, counsel for Defendant swears under penalty of perjury that counsel
8  for Plaintiff concurred in the filing of this document.

DATED: August 21, 2006              FINNEGAN, HENDERSON, FARABOW, GARRETT
                                    & DUNNER, LLP


                                    By   / s /
                                       Linda J. Thayer
                                       Attorneys for Defendant Intertrust Technologies
                                       Corporation.

DATED: August 21, 2006              QUINN EMANUEL URQUHART OLIVER &
                                    HEDGES, LLP


                                    By   / s /
                                       Michael D. Powell
                                       Attorneys for Plaintiff Macrovision Corporation

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: August 22, 2006              _____
                                    James Ware
                                    United States District Judge